UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| **MITCHELL PAIGE CLARK,** | **JUDGMENT IN A CIVIL CASE** |
| Petitioner, | |
| vs. | |
| **DYER COUNTY JAIL, ET AL.,** | CASE NO: 17-1242-STA-egb |
| Respondents. | |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED that in accordance with the Order of Dismissal entered on March 27, 2018, this cause is hereby dismissed without prejudice.**

APPROVED:

s/ S. Thomas Anderson
**CHIEF JUDGE UNITED STATES DISTRICT COURT**

DATE: 3/27/2018

THOMAS M. GOULD
Clerk of Court

s/Maurice B. BRYSON

(By) Deputy Clerk